UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB TRANSPORTATION SERVICES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BATTISTI CUSTOMS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-00689-GMN-PAL<br><br>ORDER |

Before the court is the Notice of Change of Counsel and Request for Removal from CM/ECF Service List (Dkt. #9) filed August 18, 2015. The notice requests that Ketan Bhirud of Dickinson Wright PLLC for Defendant Battisti Customs, Inc. be removed from the case as he is "no longer an attorney of record on this case." It further requests that Mr. Bhirud be removed from the court's electronic service list.

Leave of court is required to allow an attorney to withdraw once an appearance has been made which requires notice to the affected client and opposing counsel. See, LR IA 10-6(b). No explanation is provided, and a notice is insufficient. Accordingly,

**IT IS ORDERED** that the parties Notice of Change of Counsel and Request for Removal from CMECF Service List (Dkt. #9) is **DENIED without prejudice**. Counsel shall comply with LR 10-6 in further requests of this nature.

DATED this 25th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE