UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB TRANSPORTATION SERVICES, LLC, | Case No. 2:15-cv-00689-GMN-PAL |
| Plaintiff, | ORDER |
| v. | |
| BATTISTI CUSTOMS, INC., | |
| Defendant. | |

Before the court is the Joint Interim Status Report (Dkt. #14). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed by early January 2016, if not sooner. Accordingly,

**IT IS ORDERED** that the parties shall have until **January 19, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 24th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1