JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
HOLLY A. FIC, ESQ.
Nevada Bar No.: 007699
JIMMERSON HANSEN, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonhansen.com
haf@jimmersonhansen.com
Attorneys for Plaintiff
*JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS, <br><br> Plaintiff, <br><br> vs. <br><br> BATTISTI CUSTOMS, INC. and Does I through V, inclusive, <br><br> Defendants. | CASE NO.:2:15-cv-00689-GMN-PAL <br><br> **JOINT STATUS REPORT REGARDING DISMISSAL** |

Plaintiff JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS, and Defendant BATTISTI CUSTOMS, INC. hereby submit to the Court the following Joint Status Report Regarding Dismissal as required by the December 24, 2015 Order of this Court.

On December 21, 2015, the parties filed a Joint Interim Status Report informing the Court that the parties were able to reach a settlement on December 18, 2015, in which Plaintiff will be

drafting a confidential settlement agreement and once effectuated, it would be followed by a stipulation for dismissal with prejudice.

Pursuant to a December 24, 2015 Order filed by this Court, the parties had until January 19, 2016 to file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss will be filed. The parties have circulated a Release and Confidential Settlement Agreement in which certain obligations are anticipated to occur within thirty (30) days of signing said Agreement, and once the obligation is met, the parties will file the Stipulation and Order for Dismissal, With Prejudice, which has also been prepared and is being circulated for review.

DATED this 15th day of January, 2016.                    DATED this 15th day of January, 2016.

JIMMERSON HANSEN, P.C.                                   DICKINSON WRIGHT, PLLC


By:      /s/ Holly A. Fic                                By:      /s/ Joel Z. Schwarz
         JAMES J. JIMMERSON, ESQ.                                 JOEL Z. SCHWARZ
         Nevada Bar No.: 000264                                   Nevada Bar No. 9181
         HOLLY A. FIC, ESQ.                                       8363 W. Sunset Road, Ste. 200
         Nevada Bar No.: 007699                                   Las Vegas, Nevada 89113
         415 South 6th Street, Suite 100                          Tel No.: (702) 550-4436
         Las Vegas, Nevada 89101                                  Fax No.: (702) 382-1661
         Tel No.: (702) 388-7171                                  jschwarz@dickinsonwright.com
         Fax No.: (702) 380-6406                                  Attorneys for *Battisti Customs, Inc.*
         jjj@jimmersonhansen.com
         haf@jimmersonhansen.com
         ip@jimmersonhansen.com
         Attorneys for Plaintiff
         *JACOB TRANSPORTATION
         SERVICES, LLC dba
         EXECUTIVE LAS VEGAS*


IT IS ORDERED that the parties shall have until **February 15, 2016**, to file their stipulation to dismiss, or a joint status report advising when the stipulation will be received.

Dated this 27th day of January, 2016.

Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **JOINT STATUS REPORT REGARDING DISMISSAL** was electronically filed this 15th day of January, 2016, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served on the following party by the methods set forth below:

Joel Z. Schwarz, Esq.  
DICKINSON WRIGHT, PLLC  
8363 West Sunset Road, Suite 200  
Las Vegas, Nevada 89113  
*Attorneys for Battisti Customs Inc.*

____ Hand Deliver  
____ U.S. Mail  
____ Overnight Mail  
_X_ Electronic Service

/s/ *Imee Pangilinan*  
An Employee of Jimmerson Hansen, P.C.