JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
HOLLY A. FIC, ESQ.
Nevada Bar No.: 007699
THE JIMMERSON LAW FIRM, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonlawfirm.com
haf@jimmersonlawfirm.com
Attorneys for Plaintiff
*JACOB TRANSPORTATION*
*SERVICES, LLC dba*
*EXECUTIVE LAS VEGAS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BATTISTI CUSTOMS, INC. and Does I through V, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.:2:15-cv-00689-GMN-PAL<br><br>**JOINT STATUS REPORT REGARDING DISMISSAL** |

  Plaintiff JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS, and Defendant BATTISTI CUSTOMS, INC. hereby submit to the Court the following Joint Status Report Regarding Dismissal as required by the December 24, 2015 Order of this Court.

  On December 21, 2015, the parties filed a Joint Interim Status Report informing the Court that the parties were able to reach a settlement on December 18, 2015, in which Plaintiff will be

1

drafting a confidential settlement agreement and once effectuated, it would be followed by a stipulation for dismissal with prejudice.

Pursuant to a December 24, 2015 Order filed by this Court, the parties had until January 19, 2016 to file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss will be filed. The parties circulated an initial draft of a Release and Confidential Settlement Agreement, whereby both parties' attorneys have incorporated changes thereto and are working to finalize the written settlement agreement. Currently, Defendant has the final form of the Agreement to review and it is anticipated to be signed by the parties shortly. Thus, once the parties have executed the Agreement, then certain obligations are anticipated to occur within thirty (30) days of signing said Agreement. Once this obligation is met, the parties will then file the Stipulation and Order for Dismissal, With Prejudice, which has also been circulated for review, revised and prepared in final form to file with this Court.

DATED this 12th day of February, 2016.

THE JIMMERSON LAW FIRM, P.C.

By:     /s/ Holly A. Fic
JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
HOLLY A. FIC, ESQ.
Nevada Bar No.: 007699
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonlawfirm.com
haf@jimmersonlawfirm.com
ip@jimmersonlawfirm.com
Attorneys for Plaintiff
*JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS*

DATED this 12th day of February, 2016.

DICKINSON WRIGHT, PLLC

By:     /s/ Joel Z. Schwarz
JOEL Z. SCHWARZ
Nevada Bar No. 9181
8363 W. Sunset Road, Ste. 200
Las Vegas, Nevada 89113
Tel No.: (702) 550-4436
Fax No.: (702) 382-1661
jschwarz@dickinsonwright.com
Attorneys for *Battisti Customs, Inc.*

**IT IS ORDERED** that the parties shall have until March 28, 2016, to file their stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: February 22, 2016

Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **JOINT STATUS REPORT REGARDING DISMISSAL** was electronically filed this 12th day of February, 2016, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served on the following party by the methods set forth below:

Joel Z. Schwarz, Esq.  
DICKINSON WRIGHT, PLLC  
8363 West Sunset Road, Suite 200  
Las Vegas, Nevada 89113  
*Attorneys for Battisti Customs Inc.*

\_\_\_\_ Hand Deliver  
\_\_\_\_ U.S. Mail  
\_\_\_\_ Overnight Mail  
_X_ Electronic Service

_/s/ Imee Pangilinan_  
An Employee of The Jimmerson Law Firm, P.C.