JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
HOLLY A. FIC, ESQ.
Nevada Bar No.: 007699
THE JIMMERSON LAW FIRM, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonlawfirm.com
haf@jimmersonlawfirm.com
Attorneys for Plaintiff
*JACOB TRANSPORTATION*
*SERVICES, LLC dba*
*EXECUTIVE LAS VEGAS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>BATTISTI CUSTOMS, INC. and Does I through V, inclusive,<br><br>Defendants. | CASE NO.:2:15-cv-00689-GMN-PAL<br><br>**FOURTH JOINT STATUS REPORT REGARDING DISMISSAL** |

Plaintiff JACOB TRANSPORTATION SERVICES, LLC, dba EXECUTIVE LAS VEGAS, and Defendant BATTISTI CUSTOMS, INC. hereby submit to the Court the following Joint Status Report Regarding Dismissal as required by the February 23, 2016 Order of this Court [Dkt. #19].

On December 21, 2015, the parties filed a Joint Interim Status Report informing the Court that the parties were able to reach a settlement on December 18, 2015, in which Plaintiff would be drafting a confidential settlement agreement and once effectuated, it would be followed by a stipulation for dismissal with prejudice.

1

On January 25, 2016, Plaintiff sent Defendant the final form of the settlement agreement. On March 7, 2016, Defendant emailed Plaintiff a copy of the signed agreement. Plaintiff will be signing the agreement shortly and the parties anticipate performance of the terms of the settlement within the next week, followed by a dismissal of the case with prejudice pursuant to a stipulation and order to dismiss.

DATED this 28th day of March, 2016.

THE JIMMERSON LAW FIRM, P.C.

By: /s/ Holly A. Fic
JAMES J. JIMMERSON, ESQ.
Nevada Bar No.: 000264
HOLLY A. FIC, ESQ.
Nevada Bar No.: 007699
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jjj@jimmersonlawfirm.com
haf@jimmersonlawfirm.com
ip@jimmersonlawfirm.com
Attorneys for Plaintiff
*JACOB TRANSPORTATION SERVICES, LLC dba EXECUTIVE LAS VEGAS*

DATED this 28th day of March, 2016.

DICKINSON WRIGHT, PLLC

By: /s/ Joel Z. Schwarz
JOEL Z. SCHWARZ
Nevada Bar No. 9181
8363 W. Sunset Road, Ste. 200
Las Vegas, Nevada 89113
Tel No.: (702) 550-4436
Fax No.: (702) 382-1661
jschwarz@dickinsonwright.com
Attorneys for *Battisti Customs, Inc.*

IT IS ORDERED that the parties shall have until April 11, 2016, to file the stipulation to dismiss. **No further extensions will be granted**.

Dated this 30th day of March, 2016.

Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **JOINT STATUS REPORT REGARDING DISMISSAL** was electronically filed this 28th day of March, 2016, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served on the following party by the methods set forth below:

| | |
|---|---|
| Joel Z. Schwarz, Esq.<br>DICKINSON WRIGHT, PLLC<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113<br>*Attorneys for Battisti Customs Inc.* | \_\_\_\_ Hand Deliver<br>\_\_\_\_ U.S. Mail<br>\_\_\_\_ Overnight Mail<br>\_X\_\_ Electronic Service |

                                                                                */s/ Sharon Hill*
                                                             An Employee of The Jimmerson Law Firm, P.C.